RECEIVED
IN LAKE CHARLES, LA
MAR 24 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **DOCKET NO. 2:05 CR 20204-0** |
| **VS.** | : | **JUDGE MINALDI** |
| **JOHN GERMAINE JACKSON** | : | **MAGISTRATE JUDGE WILSON** |

## MEMORANDUM ORDER

Presently before the court is the defendant's Motion in Limine [doc. 14] filed by the defendant, John Germain Jackson ("Jackson"). This motion has been opposed by the Government and the defendant filed a reply.

The defendant is seeking to exclude any evidence concerning the automobile accident and the subsequent flight and any alleged intent by Jackson to harm himself. The defendant argues that the probative value of this evidence is outweighed by the danger of prejudice, confusion of issues, misleading the jury, as well as other factors set forth in F.R.E. 403. The defendant further argues that this evidence is not necessary for the United States to prove the elements of the offense.

The court finds that this evidence is intrinsic and inextricably intertwined with the evidence of the crime charged and is, therefore, admissible. The evidence which the defendant seeks to exclude completes the story of the crime. Accordingly, the defendant's Motion in Limine IS

DENIED.

Lake Charles, Louisiana, this 23 day of March, 2006.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE